

October 25, 2023

Hon. John G. Koeltl
United States District Judge
500 Pearl St.
New York, NY 10007-1312



**Re:** *New York Legal Assistance Group v. Social Security Administration*, No. 23 Civ. 9363

Dear Judge Koeltl:

    I write on behalf of Plaintiff in the above-captioned action to request leave to file a corrected complaint that contains an additional exhibit (Exhibit 3) that was inadvertently omitted during the electronic filing of the complaint yesterday. Immediately after filing, I spoke about this issue with the Clerk's Office, which directed me to submit a request to file a corrected complaint to the District Judge, once assigned.

    Thank you for your consideration.

                                          Respectfully submitted,

                                          /s/ Jessica Ranucci
                                          Jessica Ranucci
                                          *Counsel for Plaintiff*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2023
New York, NY