UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
NEW YORK LEGAL ASSISTANCE GROUP,

              *Plaintiff*,

    -against-

SOCIAL SECURITY ADMINISTRATION,

             *Defendant*.

--------------------------------------------------------------- x

1:23-cv-09363 (ALC)

**<u>CONFERENCE ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a telephonic conference in this action on March 20, 2024 at 3:00PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: March 12, 2024**
       **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**