```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
NEW YORK LEGAL ASSISTANCE GROUP,           :
                                           :
                    Plaintiff,             :
                                           :     1:23-cv-09363 (ALC)
        -against-                          :
                                           :     ORDER
SOCIAL SECURITY ADMINISTRATION,            :
                                           :
                    Defendant.             :
                                           :
                                           :
------------------------------------------------------------------ :
                                           x
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Court telephonic conference scheduled March 20, 2024 at 3:00PM Eastern Time is hereby cancelled. Plaintiff is directed to refile its Amended Complaint, and once filed, the Clerk of the Court is respectfully directed to accept the Amended Complaint.

**SO ORDERED.**

**Dated: March 19, 2024**
      **New York, New York**

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**