UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
NEW YORK LEGAL ASSISTANCE GROUP,  :
:
*Plaintiff*,  :
:    1:23-cv-09363 (ALC)
-against-  :
:    **ORDER OF REFERENCE**
SOCIAL SECURITY ADMINISTRATION,  :
:
*Defendant*.  :
:
:
------------------------------------------------------------------- :
x

**ANDREW L. CARTER, JR., United States District Judge:**
The above-captioned action is referred to Magistrate Ona T. Wang, for the following purpose[s]:

| | | | |
|---|---|---|---|
| _x_ | **General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)** | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| | Settlement | | Social Security |
| ___ | Inquest After Default/Damages Hearing | _ _ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

**SO ORDERED.**

**Dated:    April 10, 2024**
**            New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**