

April 15, 2024

Hon. Ona T. Wang
Magistrate Judge
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED.**

Re: *New York Legal Assistance Group v. Social Security Administration*, No. 23 Civ. 9363

Dear Judge Wang:

    I write on behalf of Plaintiff New York Legal Assistance Group to request an adjournment of the initial conference scheduled for May 7, 2024, as Plaintiff's counsel is unavailable to attend on that date due to previously-scheduled travel plans. This is Plaintiff's first request for an adjournment. Defendant consents to this request.

    The Parties have conferred and are available for a re-scheduled conference on May 10, 15, and 17 (as well as May 14 and 16 before noon).

    Thank you for your consideration.

Respectfully submitted,

/s/ Jessica Ranucci
Jessica Ranucci
Danielle Tarantolo
*Counsel for Plaintiff*

**Application GRANTED. The initial conference scheduled for May 7, 2024 is ADJOURNED to Wednesday, May 15, 2024 at 10:00 a.m.**

**SO ORDERED.**

Ona T. Wang        4/16/24
U.S.M.J.