

May 6, 2024

Hon. Ona T. Wang
Magistrate Judge
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED.**

Re: *New York Legal Assistance Group v. Social Security Administration*, No. 23 Civ. 9363

Dear Judge Wang:

    I write on behalf of Plaintiff New York Legal Assistance Group, with the consent of Defendant Social Security Administration, to request a two-day adjournment of the Parties' deadline to submit their proposed case management plan, from May 8 to May 10. The plan will still be submitted in advance of the initial conference in this action, which is scheduled for May 15, and this request will not affect any other deadlines in the case. This is the Parties' first request for an extension. We request this extension after having conferred last week regarding this action. We propose to extend the deadline to submit the case management plan in order to have the opportunity to confer again later this week in advance of its submission.

    Thank you for your consideration.

Respectfully submitted,

/s/ Jessica Ranucci
Jessica Ranucci
Danielle Tarantolo
*Counsel for Plaintiff*

**Application GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang      5/6/24
U.S.M.J.