**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
NEW YORK LEGAL ASSISTANCE GROUP,  :
                                  :
               Plaintiff,     :      No. 23-CV-9363 (ALC) (OTW)
                                  :
               -against-     :      **POST-CONFERENCE ORDER**
                                  :
SOCIAL SECURITY ADMINISTRATION,   :
                                  :
               Defendant.    :
                                  :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court held a Status Conference on Tuesday, June 25, 2024. The parties are directed to meet and confer as directed at the conference. The parties are further directed to file a joint status letter **by Friday, July 26, 2024**.

      SO ORDERED.

                                                             */s/ Ona T. Wang*

Dated: June 25, 2024                                    **Ona T. Wang**
New York, New York                       United States Magistrate Judge