**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
NEW YORK LEGAL ASSISTANCE GROUP, :
:
                Plaintiff, :        No. 23-CV-9363 (ALC) (OTW)
:
                -against- :        **ORDER**
:
SOCIAL SECURITY ADMINISTRATION, :
:
                Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court is in receipt of ECF 49.

      The Court will hold a status conference in this matter on **Wednesday, December 4, 2024, at 10:00 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007**.  The parties are directed to file a joint proposed agenda for the conference by **Monday, December 2, 2024**.  The parties should be prepared to discuss what discovery has been done, what discovery remains outstanding, and how they plan to complete that discovery in a timely manner.

      **SO ORDERED.**

Dated: October 29, 2024                                    _/s/ Ona T. Wang_
        New York, New York                            **Ona T. Wang**
                                                            United States Magistrate Judge