**MEMO ENDORSED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK LEGAL ASSISTANCE GROUP,

                         Plaintiff,

-against-

THE SOCIAL SECURITY ADMINISTRATION,

                         Defendant.

No. 23 Civ. 9363 (ALC) (OTW)

---

### Motion to Withdraw as Counsel by Attorney Jessica Ranucci

Pursuant to Rule 1.4(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney Jessica Ranucci respectfully requests leave to withdraw as counsel for Plaintiff in the above-captioned case, and an order directing the Clerk of Court to remove her name from the CM/ECF filings service list for this matter. Ms. Ranucci will be leaving the New York Legal Assistance Group effective April 15, 2025. Her withdrawal will cause no delay or prejudice as Plaintiff will continue to be capably represented by Danielle Tarantolo of the New York Legal Assistance Group. Ms. Ranucci is not asserting a retaining or charging lien.

Dated: April 10, 2025

/s/ Jessica Ranucci

Jessica Ranucci
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, NY 10004
(212) 613-7578
jranucci@nylag.org
*Withdrawing Attorney for Plaintiff*

**Application GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang          Apr. 11, 2025
U.S.M.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP,<br><br>                                    Plaintiff,<br><br>             -against-<br><br>THE SOCIAL SECURITY ADMINISTRATION,<br><br>                                    Defendant. | No. 23 Civ. 9363 (ALC) (OTW) |

**CERTIFICATE OF SERVICE FOR
MOTION TO WITHDRAW AS COUNSEL BY ATTORNEY JESSICA RANUCCI**

I, Jessica Ranucci, hereby certify that:

On April 10, 2025, I served the Motion to Withdraw as Counsel by Attorney Jessica Ranucci on Plaintiff New York Legal Assistance Group via email.

On April 10, 2025, I served the Motion to Withdraw as Counsel by Attorney Jessica Ranucci on counsel for Defendant Social Security Administration by email.

Dated: April 10, 2025

/s/ Jessica Ranucci

Jessica Ranucci
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, NY 10004
(212) 613-7578
jranucci@nylag.org
*Withdrawing Attorney for Plaintiff*