

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 30, 2025

**VIA ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:   *New York Legal Assistance Grp. v. Soc. Sec. Admin.*, 23 Civ. 9363 (ALC) (OTW)

Dear Judge Wang:

    This Office represents the Social Security Administration (the "SSA") in the above-captioned action brought by plaintiff New York Legal Assistance Group ("NYLAG") pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the Administrative Procedure Act, 5 U.S.C. § 702 ("APA"). I write respectfully on behalf of both parties, pursuant to the Court's April 10 telephonic instruction for the parties to provide a joint status letter at the end of April 2025.

    As background, the parties appeared for a status conference on March 11, 2025. (Minute Entry at 3/11/2025). At the conference, the parties discussed the status of discovery and the possibility of settlement. Given NYLAG's request for additional discovery, the Court directed NYLAG to serve the SSA with requests for admission ("RFAs"). NYLAG served the SSA with RFAs on March 18, 2025, and the SSA served its responses to the RFAs on April 18, 2025.

    Further, following the conference, on March 13, 2025, NYLAG made a revised settlement demand concerning Claim Five of its Amended Complaint (the "Proactive Disclosure Claim"). (ECF No. 18 at 43). The SSA made a counterproposal on April 28, 2025. The parties met-and-conferred to discuss the counterproposal on April 29, 2025.

    The parties are continuing to discuss potential settlement of the Proactive Disclosure Claim. Accordingly, at this time, they are not prepared to request a briefing schedule on that or any other claim. The parties respectfully request to file another status letter with the Court on or before May 30, 2025.

        Respectfully,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By:       */s/ Tara Schwartz*
        TARA SCHWARTZ
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel.: (212) 637-2633
        Email: tara.schwartz@usdoj.gov

cc: Plaintiff (via ECF)