

**MEMO ENDORSED.**

September 8, 2025

Hon. Ona T. Wang
Magistrate Judge
500 Pearl St.
New York, NY 10007

Re: *New York Legal Assistance Group v. Social Security Administration*, No. 23 Civ. 9363

Dear Judge Wang:

Plaintiff New York Legal Assistance Group ("NYLAG") writes pursuant to the Court's August 1, 2025, order, ECF No. 68, directing the Parties to provide a status letter by September 8, 2025.

The Parties submitted a Stipulation of Settlement regarding Claim 5 to the Court on June 27, 2025, Dkt. No. 65, which remains pending. The Parties intend to submit a letter to Judge Carter respectfully requesting that the Court so order that Stipulation, which will allow the Parties to implement its terms, unless Your Honor advises that we proceed in a different manner. The Parties are also continuing to confer regarding the possibility of a resolution regarding SSA's policies and practices of granting or denying fee waivers.

Accordingly, the Parties respectfully request leave to file another status letter with the Court on or before October 3, 2025. At that time, the Parties expect that they will be able to either advise the Court that a resolution of the fee waiver claim is likely, or propose a briefing schedule for summary judgment motion practice.

Respectfully submitted,

/s/Kate Fetrow
Danielle Tarantolo
Kate Fetrow
New York Legal Assistance Group
*Counsel for Plaintiff*

Leave to file an additional status letter before October 3, 2025 is **GRANTED**.

**SO ORDERED.**

_____
Ona T. Wang   September 9, 2025
U.S.M.J.