

September 18, 2025

Hon. Andrew L. Carter Jr.
District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *New York Legal Assistance Group v. Social Security Administration*, No. 23 Civ. 9363

Dear Judge Carter:

     Plaintiff the New York Legal Assistance Group ("NYLAG") and Defendant the Social Security Administration ("SSA") (together, the "Parties") write jointly to respectfully request that the Court so order the Stipulation of Settlement that the Parties submitted on June 27, 2025, Dkt. No. 65 ("Proactive Disclosure Stipulation"). This case involves two categories of "programmatic" claims: claims regarding SSA's proactive disclosure requirements under the Freedom of Information Act, and claims regarding SSA's policies and practices surrounding fee waivers under that Act. *See, e.g.*, Amended Complaint, Dkt. No. 22. Through the Proactive Disclosures Stipulation, the Parties have mutually resolved the first category of claims, pertaining to the proactive disclosure requirement.

     The Parties are engaged in ongoing discussions over the possibility of resolving the second category of claims, regarding SSA's fee waiver policies and practices. Nonetheless, given that resolution of those claims is not imminent, and that the Proactive Disclosure Stipulation provides for relief that will impact both NYLAG and the general public, the Parties respectfully request that the Court so order the Proactive Disclosure Stipulation now so that the Parties can begin to implement its terms. Should the Court have any questions or concerns regarding the Proactive Disclosure Stipulation, the Parties will make themselves available promptly.

                                             Respectfully submitted,

                                             /s/Kate Fetrow
                                             Danielle Tarantolo
                                             Kate Fetrow
                                             New York Legal Assistance Group
                                             *Counsel for Plaintiff*