

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED.**

*86 Chambers Street*
*New York, New York 10007*

January 21, 2026

<u>BY ECF</u>
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *New York Legal Assistance Group v. Social Security Administration*,
            No. 23 Civ. 9363 (ALC) (OTW)

Dear Judge Wang:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague, AUSA Tara Schwartz, will continue to represent the interests of the Government in this case.

    I thank the Court for its consideration of this request.

Respectfully,

**Leave to withdraw is GRANTED. The Court thanks Ms. Tinio for her service. Remaining counsel are directed to serve a copy of this Order on your clients.**

Ona T. Wang    January 29, 2026
U.S.M.J.

By:    /s/ *Rebecca S. Tinio*

JAY CLAYTON
United States Attorney for the
Southern District of New York

REBECCA S. TINIO
Assistant United States Attorney
Telephone: (212) 637-2774
Email: rebecca.tinio@usdoj.gov
*Counsel for Defendant*