

February 6, 2026

Hon. Ona T. Wang
Magistrate Judge
500 Pearl St.
New York, NY 10007

**Re:** *New York Legal Assistance Group v. Social Security Administration*, No. 23 Civ. 9363

Dear Judge Wang:

Plaintiff, the New York Legal Assistance Group ("NYLAG"), writes jointly with Defendant, the Social Security Administration ("SSA") pursuant to this Court's January 9, 2026, Order (Dkt. No. 79), directing the Parties to provide a status letter by February 6, 2026.

As this Court is aware, this case involves two categories of "programmatic" disputes: claims regarding SSA's proactive disclosure requirements under the Freedom of Information Act (Claim 5), and claims regarding SSA's policies and practices of granting or denying fee waivers under the Act. The Parties submitted a stipulation of settlement regarding the proactive disclosure requirements and the Court ordered that stipulation on September 22, 2025. The Parties are working to implement that Stipulation, consistent with its terms.

The Parties also continued to confer regarding the possibility of a resolution regarding SSA's fee waiver policies and practices. These discussions were delayed by the temporary lapse in federal government funding this month. Accordingly, the Parties respectfully request leave to file another status letter with the Court on or before March 27, 2026, as to whether the Parties anticipate they will be able to settle the remainder of the case or proceed to summary judgment motion practice.

        Respectfully submitted,

        /s/ Kate Fetrow
        Danielle Tarantolo
        Kate Fetrow
        New York Legal Assistance Group
        *Counsel for Plaintiff*