**MEMO ENDORSED.**

May 29, 2026

Hon. Ona T. Wang
Magistrate Judge
500 Pearl St.
New York, NY 10007

**Re:** *New York Legal Assistance Group v. Social Security Administration*, No. 23 Civ. 9363

Dear Judge Wang:

Plaintiff, the New York Legal Assistance Group ("NYLAG"), writes jointly with Defendant, the Social Security Administration ("SSA") pursuant to this Court's March 19, 2026, Order (Dkt. No. 84), directing the Parties to provide a status letter by May 29, 2026.

As this Court is aware, this case involves two categories of "programmatic" disputes: claims regarding SSA's proactive disclosure requirements under the Freedom of Information Act ("Proactive Disclosure Claim") and claims regarding SSA's policies and practices of granting or denying fee waivers under the Act ("Fee Waiver Claim"). The Parties submitted a Stipulation of Settlement fully resolving the Proactive Disclosure Claims and the Court ordered that Stipulation on September 22, 2025 (Dkt. No. 72). The effective date of that Stipulation is the date on which it was entered. *Id.* § I.b.

The Parties are preparing to proceed to briefing cross-motions for summary judgment. (*See* Dkt. No. 88). The Parties understand that because the Court has already set a briefing schedule for those cross-motions, no pre-motion letter or conference is required.

Plaintiff also requests a one-week extension to its deadline to submit its Motion for Summary Judgment. Plaintiff also requests that the other summary judgment dates correspondingly shift back one week. In addition, this proposed schedule would shift the deadline for Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, and subsequent deadlines, back by an additional week to accommodate Defendant's counsel's schedule such that the schedule would be as follows:

- Plaintiff's Motion for Summary Judgment to be due **June 15, 2026**;
- Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment to be due **July 24, 2026**;
- Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be due **August 17, 2026**; and
- Defendant's Reply in Support of Defendant's Motion for Summary Judgment to

be due **September 7, 2026**.

This is Plaintiff's first request for an extension. Plaintiff's requested extension would not affect any other deadlines in this case. Defendant consents to the requested extension.

The Parties also respectfully request leave for additional pages for the briefs in support of their motions; to allow them to file opening briefs in support of their respective motions of up to 50 pages. The Parties feel that this request will enable them to fully address the legal and factual complexity of this case.

Respectfully submitted,

/s/ Kate Fetrow
Danielle Tarantolo
Kate Fetrow
New York Legal Assistance Group
*Counsel for Plaintiff*

Application for an extension and leave to file additional pages **GRANTED**.

The parties are directed to submit their summary judgment briefing in accordance with the proposed schedule.

**SO ORDERED.**

_____
Ona T. Wang        June 4, 2026
U.S.M.J.

2