UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP,<br><br>Plaintiff,<br><br>-against-<br><br>THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | **Civil Action No. 23 Civ. 9363**<br><br>**DECLARATION OF KATE FETROW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

KATE FETROW hereby declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I am an attorney duly admitted to practice in the Southern District of New York. I am an Associate Supervising Attorney with the New York Legal Assistance Group ("NYLAG"). I make this Declaration in support of Plaintiff's motion for summary judgment.

2. Attached hereto are true and correct copies of Exhibits A–NN.

3. Attached as Exhibit A is a transcript of the deposition of Michelle L. Christ, the Social Security Administration's ("SSA") Freedom of Information Officer.

4. Attached as Exhibit JJ is NYLAG's April 4, 2023, FOIA request to SSA, assigned request number SSA-2023-0006957 ("FOIA Request 1").

5. Attached as Exhibit B is SSA's denial of NYLAG's request for a fee waiver for FOIA Request 1.

6. Attached as Exhibit C is NYLAG's appeal of SSA's fee waiver denial for FOIA Request 1.

7. SSA did not adjudicate NYLAG's administrative appeal of the denial of the fee waiver request for FOIA Request 1.

8. During the pendency of this litigation, SSA produced documents responsive to FOIA Request 1.

9. Attached as Exhibit KK is NYLAG's FOIA request assigned request number SSA-2023-006956 ("FOIA Request 2").

10. Attached as Exhibit D is SSA's partial denial of the fee waiver request for FOIA Request 2.

11. Attached as Exhibit E is NYLAG's appeal of SSA's fee waiver denial for FOIA Request 2.

12. SSA did not adjudicate NYLAG's administrative appeal of the denial of the fee waiver request for FOIA Request 2 and SSA produced documents responsive to FOIA Request during the pendency of this litigation.

13. Attached as Exhibit T is NYLAG's July 31, 2023, FOIA request submitted without a fee waiver request, assigned request number SSA-2023-79687 ("FOIA Request 3").

14. During the pendency of this litigation, SSA produced documents responsive to FOIA Request 3.

15. Attached as Exhibit LL is NYLAG's December 5, 2023, FOIA request assigned request number 2024-FOIA-00387 ("FOIA Request 4").

16. Attached as Exhibit F is SSA's response denying in part the fee waiver request for FOIA Request 4.

17. Attached as Exhibit G is NYLAG's appeal of SSA's fee waiver denial for FOIA Request 4.

18. Attached as Exhibit H is SSA's May 31, 2024, fee notice assessing $771 in connection with FOIA Request 4.

19. Attached as Exhibit I is documentation reflecting NYLAG's payment of $771 to SSA in connection with Request 2024-FOIA-00387.

20. SSA did not adjudicate NYLAG's administrative appeal of the denial of the fee waiver request for Request 2024-FOIA-00387.

21. During the pendency of this litigation, SSA produced documents responsive to FOIA Request 4.

22. Attached as Exhibit MM is NYLAG's December 6, 2023, FOIA request assigned request number 2024-FOIA-00391 ("FOIA Request 5").

23. Attached as Exhibit J is SSA's denial of the fee waiver request for FOIA Request 5.

24. Attached as Exhibit K is NYLAG's appeal of SSA's fee waiver denial for FOIA Request 5.

25. Attached as Exhibit L is SSA's May 31, 2024, notice partially waiving fees and otherwise denying a fee waiver in connection with FOIA Request 5.

26. Attached as Exhibit M is documentation reflecting NYLAG's payment of $1,067 to SSA in connection with FOIA Request 5.

27. SSA did not adjudicate NYLAG's administrative appeal of the denial of the fee waiver request for FOIA Request 5.

28. During the pendency of this litigation, SSA produced documents responsive to FOIA Request 5.

29. Attached as Exhibit NN is NYLAG's December 7, 2023, FOIA request assigned request number 2024-FOIA-00397 ("FOIA Request 6").

30. Attached as Exhibit N is SSA's denial of the fee waiver request for FOIA Request 6.

31. Attached as Exhibit O is NYLAG's appeal of SSA's fee waiver denial for FOIA Request 6.

32. SSA did not adjudicate NYLAG's administrative appeal of the denial of the fee waiver request for FOIA Request 6.

33. On May 31, 2024, SSA notified NYLAG that no records responsive to NYLAG's FOIA Request 6 exist.

34. Attached as Exhibit P is a document intentionally left blank.

35. Attached as Exhibit Q is SSA's response to Plaintiff's Requests for Admission regarding FOIA fee waiver determinations.

36. Attached as Exhibit R is SSA's denial of the fee waiver request for Request SSA-2023-005589.

37. Attached as Exhibit S is NYLAG's appeal of SSA's fee waiver denial for Request SSA-2023-005589.

38. SSA did not adjudicate NYLAG's administrative appeal of the denial of the fee waiver request for Request SSA-2023-005589.

39. On September 29, 2023, SSA produced documents responsive to NYLAG's Request SSA-2023-005589.

40. Attached as Exhibit U is SSA's denial of a fee waiver request submitted by NYLAG for request number 2025-FOIA-01544.

41. Attached as Exhibit V is SSA's fee notice regarding denial of a fee waiver request submitted by the University of Oregon associated with the University of Oregon's FOIA request.

42. Attached as Exhibit W is SSA's denial of a fee waiver request submitted by the Democracy Forward Foundation associated with the Democracy Forward Foundation's FOIA request.

43. Attached as Exhibit X is SSA's denial of a fee waiver request submitted by the Democracy Forward Foundation associated with the Democracy Forward Foundation's FOIA request.

44. Attached as Exhibit Y is SSA's denial of a fee waiver request submitted by the Democracy Forward Foundation associated with the Democracy Forward Foundation's FOIA request.

45. Attached as Exhibit Z is SSA's denial of a fee waiver request submitted by the American Civil Liberties Union associated with the American Civil Liberties Union's FOIA request.

46. Attached as Exhibit AA is SSA's denial of a fee waiver request submitted by Manhattan Legal Services associated with the Manhattan Legal Services' FOIA request. (SSA000338-341). Although SSA marked this and other documents attached to this Declaration as "Protected Information," SSA has informed NYLAG that it does not seek to have any of these materials filed under seal and has no objection to any of these materials being filed in connection with this motion.

47. Attached as Exhibit BB is SSA's denial of a fee waiver request submitted by Atlanta Legal Aid Society associated with the Atlanta Legal Aid Society's FOIA request (SSA000354-356).

48. Attached as Exhibit CC is SSA's denial of a fee waiver request submitted by Gulfcoast Legal Services associated with the Gulfcoast Legal Services' FOIA request (SSA000358-359).

49. Attached as Exhibit DD is SSA's denial of a fee waiver request submitted by the SF Standard associated with the SF Standard's FOIA request (SSA000378-379).

50. Attached as Exhibit EE is SSA's denial of a fee waiver request submitted by Southern Minnesota Regional Legal Services associated with Southern Minnesota Regional Legal Services' FOIA request (SSA000305-306).

51. Attached as Exhibit FF is SSA's denial of a fee waiver request submitted by the Wall Street Journal associated with the Wall Street Journal's FOIA request (SSA000381-382).

52. Attached as Exhibit GG is SSA's denial of a fee waiver request submitted by the University of Rochester associated with the University of Rochester's FOIA request (SSA000386-387).

53. Attached as Exhibit HH is SSA's Program Operations Manual System provision GN 03311.005.

54. Attached as Exhibit II is NYLAG's March 6, 2023, FOIA request to SSA, assigned request number SSA-2023-005589, including NYLAG's request for a fee waiver.

55. Attached as Exhibit OO is the Declaration of Ann P. Biddle of the Urban Justice Center ("UJC"), along with true and correct copies of SSA's responses denying UJC's requests for fee waivers in connection with FOIA requests submitted to SSA.

56. Attached as Exhibit PP is the Declaration of Jennifer Burdick of Community Legal Services ("CLS"), along with true and correct copies of SSA's responses denying CLS's

request for a fee waiver and denying CLS's administrative appeal in connection with FOIA Request No. SSA-2023-005568.

57. Attached as Exhibit QQ is the Declaration of Megan E. Snider of Southern Louisiana Legal Services ("SLLS"), along with documents reflecting SSA's response to a FOIA request submitted by SLLS, including SSA's denial of a fee waiver request and SSA's subsequent fee notice assessing costs in connection with FOIA Request No. SSA-2023-007479.

58. Attached as Exhibit RR is the Declaration of Kate Lang of Justice in Aging ("JIA"), along with documents reflecting SSA's response to a FOIA request submitted by JIA, including SSA's assessment of fees in connection with FOIA Request No. SSA-2022-004871.

59. Attached as Exhibit SS is the Declaration of Amy Marinacci of Legal Council for Health Justice, along with a true and correct copy of SSA's response denying a fee waiver request in connection with FOIA Request No. 2023-FOIA-79797.

60. Attached as Exhibit TT is the Declaration of Matt Bracken of FedScoop, along with true and correct copies of SSA's responses denying multiple fee waiver requests submitted by FedScoop in connection with various FOIA requests.

61. Attached as Exhibit UU is the Declaration of Mark Betancourt, an independent journalist, along with true and correct copies of SSA's responses denying multiple fee waiver requests submitted by Mr. Betancourt in connection with various FOIA requests.

62. Attached as Exhibit VV is the Declaration of Jennifer Cronenberg of the National Organization of Social Security Claimants' Representatives ("NOSSCR"), along with true and correct copies of SSA's responses denying multiple fee waiver requests submitted by NOSSCR in connection with various FOIA requests.

63. Attached as Exhibit WW is the Declaration of Anne Joseph O'Connell of Stanford Law School, along with true and correct copies of SSA's responses denying fee waiver requests submitted by Professor O'Connell in connection with FOIA requests to SSA.

64. Attached as Exhibit XX is the Declaration of Todd Feathers of MuckRock News, along with true and correct copies of SSA's responses denying fee waiver requests submitted by Mr. Feathers in connection with FOIA requests to SSA.

65. Attached as Exhibit YY is the Declaration of Daniel A. Zibel of National Student Legal Defense Network, along with a true and correct copy of SSA's response denying a fee waiver request in connection with a FOIA request submitted by Student Defense.

66. I and staff under my supervision reviewed all forty-seven fee waiver denials attached to this Declaration, and the following is true for all of them:

a. Each fee waiver denial letter contains the following language or the equivalent: "Your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee."

b. No fee waiver contains any additional basis for its denial of the request for a fee waiver.

c. Each fee waiver denial letter describes the request as a "Freedom of Information Act (FOIA) request."

d. Each fee waiver denial letter states: "We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.185(b) if we find that waiver is in the public interest."

e. Each fee waiver denial letter states: "Our regulation (20 C.F.R. § 402.185(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include: how the records pertain to the Federal government's operations or activities, whether disclosure would reveal any meaningful information about government operations or activities not already known to the public, whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and whether the contribution to public understanding would be significant."

f. Each fee waiver denial states: "If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov..."

g. Each fee waiver denial states: "You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies."

h. Each fee waiver denial states: "If you disagree with this decision, you may file a written appeal….Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov….Please mark the envelope or subject line with 'Freedom of Information Appeal.'"

Dated: June 15, 2026
New York, New York

/s/Kate Fetrow
Kate Fetrow
New York Legal Assistance Group
100 Pearl Street, 19th Floor
New York, NY 10004
Kfetrow@nylag.org