# Exhibit B

SOCIAL SECURITY

Refer to:
S9H: SSA-2023-006957

May 1, 2023

Ms. Jessica Ranucci
New York Legal Assistance Group
100 Pearl Street 19th Floor
New York, NY 10004
jranucci@nylag.org

Dear Ms. Ranucci:

I am responding to your fee waiver request regarding your April 4, 2023 Freedom of Information Act (FOIA) request for records relating to the Social Security Administration's (SSA) policies for adjudicating FOIA fee waiver requests, pursuant to 20 C.F.R. § 402.185, for the time period of October 1, 2019 to the present (even if the records themselves were published before October 1, 2019). Specifically, you request the following records:

1) all policies and procedures for processing, adjudicating, granting, or denying FOIA fee waiver requests; and,
2) copies of all communications granting FOIA fee waivers on or after October 1, 2019.

You further advise in your request that the term "FOIA fee waiver" means a waiver or reduction of fees that SSA would otherwise charge in connection with a FOIA request.

I reviewed your request for a fee waiver, and I have decided not to waive or reduce the fee. We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.185(b) if we find that waiver is in the public interest. We make this determination if we find that disclosure of the information meets both tests below:

- it is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and
- it is not primarily in the requester's commercial interest.

Our regulation (20 C.F.R. § 402.185(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public,
- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and

- whether the contribution to public understanding would be significant.

Your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. The public currently has access to the regulation and policy governing SSA FOIA fee waivers; however, you have not explained with reasonable specificity how disclosure of the requested information will enhance the information on FOIA fee waivers that the agency already posts publicly. Accordingly, applying the standards listed above, I cannot waive the fee. We will send further correspondence when we determine what fees apply to your request.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of the SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Michelle L. Christ

Michelle L. Christ
Freedom of Information Officer