# Exhibit D

SOCIAL SECURITY

Refer to:
S9H: SSA-2023-006956

July 26, 2023

Jessica Ranucci
New York Legal Assistance Group (NYLAG)
100 Pearl Street 19th Floor
New York, NY 10004
jranucci@nylag.org

Dear Jessica Ranucci:

I am responding to your request for a fee waiver concerning your April 4, 2023 Freedom of Information Act (FOIA) request for the following:

1. contracts and/or agreements between the Social Security Administration (SSA) and Equifax providing for information exchange of payroll data.
2. all SSA guidance, policies, and procedures relating to SSA's actual or proposed use of payroll data from Equifax, including, but not limited to:
    a) policies for SSA's independent verification of data obtained through information exchange;
    b) SSA's policies for notice to beneficiaries prior to any reduction or termination of benefits after a review of Equifax payroll data, including any policies regarding the disclosure of the use of an Equifax report or the consumer's right to obtain a copy of their Equifax report;
    c) SSA's policies for any appeals process available to beneficiaries in challenging reduction or termination of benefits after a review of Equifax payroll data;
    d) SSA's policies for compliance with the Fair Credit Reporting Act with respect to its use of Equifax's payroll data; and
    e) the beneficiary's authorization and revocation of SSA's access to wage and employment information from Equifax.
3. all other document(s) relating to the proposed information exchange between SSA and Equifax, including, but not limited to:
    a) any document(s) describing the Equifax payroll database, including all sources of the Equifax's payroll data; and
    b) "technical specifications, characteristics, and needs" provided by SSA to Equifax, including, but not limited to, "detailed requirements and pertinent information regarding the request, response, security requirements, Web Service, data retention, and processing guidelines related to the information exchange," 86 Fed. Reg. 5303.

4. all document(s) relating to assessment of the accuracy of Equifax's data, including, but not limited to:
    a) Equifax's "regularly conduct[ed] quality assurance assessments to ensure accuracy" of data of employers, 86 Fed. Reg. 5303; and
    b) any information in SSA's possession regarding Equifax's use of "reasonable procedures to ensure maximum accuracy, relevance, and timeliness of its wage and employment information," 86 Fed. Reg. 5303.
5. all assessments, studies, and/or cost-benefit analyses conducted regarding the SSA's use of Equifax as a payroll data provider, including the consideration of alternative payroll data providers; and
6. documents relating to access to SSA data by Equifax.

Per your request, you advise that NYLAG has "no commercial interest in the subject of this request" and that NYLAG's "intended purpose for soliciting the information is not related to business, trade, or profit" and "the general public is not well informed about SSA's potential use of Equifax payroll data, and there is extremely little information publicly available now regarding the way SSA plans to use the data and the accuracy standards imposed by SSA or Equifax". You further state, "the requested information will help the public to better understand whether SSA has policies and procedures in place to effectively address this issue, particularly, what standards will be imposed for data matching by SSA."

Upon review of your fee waiver, I have decided not to waive or reduce the fee for a portion of this request. We may waive or reduce fees if the records requested would contribute significantly to public understanding of the operations or activities of the government and the request is not primarily in the requester's commercial interest. Our regulation (20 C.F.R. § 402.185(b)) lists the criteria we consider in analyzing whether disclosure is in the public interest. These criteria include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public,
- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and
- whether the contribution to public understanding would be significant.

Within your "Request for Waiver of Fees" document, you sufficiently addressed how the information requested under item #4 meets our regulatory criteria; therefore, I will grant a fee waiver for item #4.

Concerning items 1, 2, 3, 5, and 6, your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee. We will send further correspondence when we determine what fees apply to your request.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727,

by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Michelle L. Christ

Michelle L. Christ
Freedom of Information Officer