# Exhibit F

SOCIAL SECURITY

Refer to:
S9H: 2024-FOIA-00387

December 19, 2023

Jessica Ranucci
New York Legal Assistance Group
100 Pearl Street
19th Floor
New York, NY 10004
jranucci@nylag.org

Dear Jessica Ranucci:

I am responding to your request for a fee waiver concerning your December 5, 2023 Freedom of Information Act (FOIA) request for:

- A copy of Program Operations Manual System (POMS) GN 00203.011, Special Interviewing Situations: Limited English Proficiency (LEP) or Language Assistance Required;
- A copy of the currently applicable Standard Hearings Operations Procedure (SHOP), used by the Office of Hearings Operations (OHO); and
- Any list or directory of all currently applicable field office (FO) internal phone numbers across the country from January 1, 2023 to December 5, 2023.

Upon review of your fee waiver, I have decided not to waive or reduce the fee for a portion of this request, i.e., requested item #2. We may waive or reduce fees if the records requested would contribute significantly to public understanding of the operations or activities of the government and the request is not primarily in the requester's commercial interest. Our regulation (20 C.F.R. § 402.185(b)) lists the criteria we consider in analyzing whether disclosure is in the public interest. These criteria include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public,
- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and
- whether the contribution to public understanding would be significant.

Within your request for a fee waiver, you sufficiently addressed how the information requested under item #1 meets our regulatory criteria; therefore, I will grant a fee waiver for item #1. Regarding requested item #3, your request for a fee waiver is moot, as the agency publicly provides a directory of all currently applicable FO internal numbers nationwide on the agency's

Open Government Initiative website: https://www.ssa.gov/open/data/FO-RS-Address-Open-Close-Time-App-Devs.html.

Concerning item 2, your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors.

Accordingly, applying the standards listed above, I cannot waive the fee. We will send further correspondence when we determine what fees apply to your request.

Please note that this response is limited to the determination on your fee waiver request; our office is still assessing your request as phrased and will provide subsequent correspondence on that determination.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of the Social Security Administration that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Michelle L. Christ

Michelle L. Christ
Freedom of Information Officer