# Exhibit H

SOCIAL SECURITY

Refer to:
S9H: 2024-FOIA-00387; 2024-APP-00288
*NYLAG v. SSA*, 1:23-cv-09363 (S.D.N.Y.)

May 31, 2024

Jessica Ranucci
New York Legal Assistance Group
100 Pearl Street, 19th Floor
New York, NY 11201
jranucci@nylag.org

*Via U.S. Attorney's Office*

Dear Jessica Ranucci:

This letter is to notify you of our partial response and fee notice associated with your Freedom of Information Act (FOIA) request No. 2024-FOIA-00387 to the Social Security Administration (SSA) for the following:

1. A copy of Program Operations Manual System (POMS) GN 00203.011, *Special Interviewing Situations: Limited English Proficiency (LEP) or Language Assistance Required*;
2. A copy of the currently applicable Standard Hearings Operations Procedure (SHOP), used by the Office of Hearings Operations (OHO); and
3. Any list or directory of all currently applicable field office (FO) internal phone numbers across the country from January 1, 2023 to December 5, 2023.

In response to item #1, for which we previously granted a fee waiver, enclosed is a copy of POMS GN 00203.011, *Special Interviewing Situations: Limited English Proficiency (LEP) or Language Assistance Required* (10 pages), as you requested. However, we withheld an internal agency web address pursuant to the FOIA Exemption 7(E). Exemption 7(E) exempts from mandatory disclosure records or information compiled for law enforcement purposes when production of such records "would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law." We have determined that the release of the information withheld under the FOIA Exemption 7(E) would cause foreseeable harm to agency interests protected by this exemption. As we granted the fee waiver, there is no cost for this requested item.

We previously provided on December 19, 2023, at no cost, the information you requested in item #3. As we previously explained, in response to item #3, you may find a directory of all currently

applicable FO internal numbers nationwide on the agency's Open Government Initiative website: https://www.ssa.gov/open/data/FO-RS-Address-Open-Close-Time-App-Devs.html.

Because you have not sufficiently justified a fee waiver for item 2 under 20 C.F.R. § 402.185(b), and I have not otherwise found that release of the records requested would meet those factors, we are charging you fees for your request for item #2 under section 1106(c) of the Social Security Act (Act) (42 U.S.C. § 1306(c)). We have invoked section 1106(c) and consequently, the FOIA fee provisions in 5 U.S.C. § 552 are not applicable to your request. Section 1106(c) applies notwithstanding FOIA and provides that we charge the full cost for search and reproduction of records when the request is for a purpose not directly related to the administration of a program under the Act. (20 C.F.R. § 402.175(a)). We determined that your request is not directly related to the administration of the Act. Accordingly, we will charge you for the full cost to provide the requested information (42 U.S.C. § 1306(c); 20 C.F.R. § 402.175(a)).

When our employees search for records, we charge the following hourly rate depending on the grade of the employee:

- $16.00 (GS-1 through GS-8)
- $33.00 (GS-9 through GS-14)
- $59.00 (GS-15 and above)

We estimate the cost to provide this information is $771.00, which includes 18 hours of search and review time at $33.00 per hour and 3 hours of search and review time at $59.00 per hour. If there is a duplication fee, we will bill you. In addition, according to our regulations at 20 C.F.R. § 402.175(e), we may charge a fee for search time even if we are unable to locate any responsive records or the records are exempt from disclosure.

This fee is an estimate and is subject to change as the agency proceeds in its processing of the request. The agency will not process your request for item #2 until we have received payment information per the instructions below. If the time spent in processing is more or less than the time estimated in this fee notice, we will issue you a revised fee notice and you may choose whether to continue to proceed at that time.

If you want us to proceed with your request for item #2, **you must let us know within 10 business days from the date of this letter**. You may also narrow the scope of your request or set a limit on the amount you are willing to spend. You may pay by check or money order made payable to the SSA or by credit card (MasterCard, Visa, Discover, American Express, or Diner's Club). To pay by credit card, complete and sign the enclosed form. Be sure to include your credit card number and expiration date.

You may submit payment information by facsimile at 410-966-0869 or by mail to my attention at G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Please annotate the above reference number on your payment.

Because this matter is in litigation, please direct any questions regarding this response or FOIA request to the U.S. Attorney's Office.

Sincerely,

Michelle L. Christ

Michelle L. Christ
Freedom of Information Officer

Enclosures