# Exhibit M

NYLAG
New York Legal Assistance Group

June 27, 2024

*Via Certified Mail*

Michelle Christ
G-401 WHR
6401 Security Boulevard
Baltimore, MD 21235

*Re: Payment of Fees Charged for 2024-FOIA-00391*

Dear Michelle Christ,

Enclosed is payment of $1,067.00 for fees charged in connection with NYLAG's FOIA Request's 2024-FOIA-00391 pursuant to the attached letter dated May 31, 2024.

Sincerely,

Jessica Ranucci
New York Legal Assistance Group
100 Pearl Street, 19th Floor
New York, NY 10004
*212-613-7578*

cc:
Tara Schwartz
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

*Counsel for the SSA*

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U.S. ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9214890194038367616724

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 9:52 am on July 8, 2024 in BALTIMORE, MD 21235.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

BALTIMORE, MD 21235
July 8, 2024, 9:52 am

**See All Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**Return Receipt Electronic**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

SOCIAL SECURITY

Refer to:
S9H: 2024-FOIA-00391; 2024-APP-00289
*NYLAG v. SSA,* 1:23-cv-09363 (S.D.N.Y.)

May 31, 2024

Jessica Ranucci
New York Legal Assistance Group
100 Pearl Street, 19th Floor
New York, NY 10004
jranucci@nylag.org

*Via U.S. Attorney's Office*

Dear Jessica Ranucci:

This letter is to notify you of the fees associated with your Freedom of Information Act (FOIA) request No. 2024-FOIA-00391 to the Social Security Administration (SSA) for the following records applicable from January 1, 2023 to the present, including records created before January 1, 2023, to the extent that such records were applicable or in effect after January 1, 2023:

**Request #1:** Any versions of guidance, manuals, or handbooks that are currently applicable and not available to the public for:

(A) Consultative Examiners, outside of what is currently available in the Consultative Examination (CE) Guide ("Greenbook") (also known as "Consultative Examinations: A Guide for Health Professionals");
(B) Medical Experts, outside of what is currently available in the Medical Expert (ME) Handbook;
(C) Vocational Experts outside of what is currently available in the Vocational Expert (VE) Handbook; and
(D) Medical Consultants (MC).

**Request #2:** Records of any currently applicable policy, or guidance stating that:

(A) a new diagnosis is necessary if a diagnosis in the medical evidence of record (MER) is more than a certain number of months old;
(B) a new CE is necessary if a diagnosis in the MER is more than a certain number of months old;
(C) a new medical source statement (MSS) is necessary if the existing MSS from the treating provider is more than a certain number of months old; and
(D) a new CE is necessary if the existing MSS from the treating provider is more than a certain number of months old.

**<u>Request #3:</u>** A copy of the report on best practices created by SSA regarding the CE oversight meeting with state agencies held in Spring of 2023.

While your appeal did not justify a fee waiver for request #3, we have determined this particular requested record would likely be in the public interest under 20 C.F.R. § 402.185(b) because it is likely to contribute significantly to public understanding of government operations. Thus, we are waiving the fee for request #3.

Your appeal also did not contain sufficient justification for a fee waiver for requests #1 and #2 under 20 C.F.R. § 402.185(b), and I have not otherwise found that release of the records requested would meet those factors, we are charging you fees for your request under section 1106(c) of the Social Security Act (Act) (42 U.S.C. § 1306(c)). We have invoked section 1106(c) and because of that the FOIA fee provisions in 5 U.S.C. § 552 are not applicable to your request. Section 1106(c) applies notwithstanding FOIA and provides that we charge the full cost for search and reproduction of records when the request is for a purpose not directly related to the administration of a program under the Act. (20 C.F.R. § 402.175(a)). We determined that your request is not directly related to the administration of the Act. Accordingly, we will charge you for the full cost to provide the requested information (42 U.S.C. § 1306(c); 20 C.F.R. § 402.175(a)).

When our employees search for records, we charge the following hourly rate depending on the grade of the employee:

- $16.00 (GS-1 through GS-8)
- $33.00 (GS-9 through GS-14)
- $59.00 (GS-15 and above)

We estimate the cost to provide this information for request #1 and #2 is $1,067.00, which includes 22.50 hours of search and review time at $33.00 per hour and 5.50 hours of search and review time at $59.00 per hour. If there is a duplication fee, we will bill you. In addition, according to our regulations at 20 C.F.R. § 402.175(e), we may charge a fee for search time even if we are unable to locate any responsive records or the records are exempt from disclosure.

The figure above – $1,067.00 – is an estimate and is subject to change based on the results of the search for records. The agency will not process your request for requests #1 and #2 until we have received payment information per the instructions below. If the time spent in processing is more or less than the time estimated in this fee notice, we will issue you a revised fee notice and you may choose whether to continue to proceed at that time.

If you want us to proceed with your request for requests #1 and #2, **you must let us know within 10 business days from the date of this letter**. You may also narrow the scope of your request or set a limit on the amount you are willing to spend. You may pay by check or money order made payable to the SSA or by credit card (MasterCard, Visa, Discover, American Express, or Diner's Club). To pay by credit card, complete and sign the enclosed form. Be sure to include your credit card number and expiration date.

You may submit payment information by facsimile at 410-966-0869 or by mail to my attention at G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Please annotate the above reference number on your payment.

Because this matter is in litigation, please direct any questions regarding this response or FOIA request to the U.S. Attorney's Office.

Sincerely,

Michelle L. Christ
Freedom of Information Officer

Enclosure