# Exhibit N

SOCIAL SECURITY

Refer to:
S9H: 2024-FOIA-00397

December 21, 2023

Jessica Ranucci
New York Legal Assistance Group
100 Pearl Street, 19th Fl.
New York, NY 11201
jranucci@nylag.org

Dear Jessica Ranucci:

I am responding to your request for a fee waiver concerning your December 7, 2023 Freedom of Information Act (FOIA) request to the Social Security Administration (SSA) for the following information on disability benefit determinations at the national level for calendar years 2021, 2022, and 2023:

(A) For age-18 redeterminations:
- i. The number of initial age-18 redeterminations where claims were allowed and continued;
- ii. The number of initial age-18 redetermination where a cessation decision was issued;
- iii. The number of continuations and cessations at the reconsideration level;
- iv. The number of continuations and cessations from appeals after reconsideration; and;
- v. The breakdown by disability code for age-18 redetermination continuations and cessations.

(B) For determinations under Section 301 of the Rehabilitation Act of 1973:
- i. The total number of cases medically ceased after an age-18 redetermination in the entire United States that were analyzed for eligibility under Section 301;
  - a. Of those, the total number of cases in which benefits were continued based on a favorable 301 determination;
  - b. The total number of cases in which benefits were not continued; and
  - c. The total number of cases in which a 301 determination did not have to be made because a favorable disability determination was made prior to the interruption of SSI benefits.

(C) The top five reasons why cases did not qualify for continued benefits under Section 301 and the number of cases that were denied for each reason.

I reviewed your request for a fee waiver and I have decided not to waive or reduce the fee. We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.185(b) if we find that waiver is in the public interest.

We make this determination if we find that disclosure of the information meets both tests below:

- it is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and
- it is not primarily in the requester's commercial interest.

Our regulation (20 C.F.R. § 402.185(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public,
- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and
- whether the contribution to public understanding would be significant.

Your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee.

We will send further correspondence when we determine what fees, if any, apply to your request.

Please note that this response is limited to the determination on your fee waiver request; our office is still assessing your request as phrased and will provide subsequent correspondence on that determination.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877 684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request.

Please mark the envelope or subject line with “Freedom of Information Appeal.”

Sincerely,

Michelle L. Christ

Michelle L. Christ
Freedom of Information Officer