# Exhibit P

# Page Left Intentionally Blank