# Exhibit W

SOCIAL SECURITY

Refer to:
S9H: 2025-FOIA-02238

August 19, 2025

Ms. Skye Perryman and Mr. Aman George
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
foia@democracyforward.org

Dear Ms. Perryman and Mr. George:

I am responding to your request for a fee waiver concerning your July 2, 2025 Freedom of Information Act (FOIA) request to the Social Security Administration (SSA) for the following records from January 20, 2025 to the date of the search:

1. A copy of the March 13, 2025 memorandum from Acting Deputy Commissioner Doris Diaz to Acting Commissioner Leland Dudek on, "Strengthening Identity Assurance for SSA Transactions";
2. Copies of videos of weekly operational meetings posted to YouTube at the direction of Acting Commissioner Leland Dudek; and
3. Any studies, evaluations, assessments, and/or data collections concerning the following that were conducted after January 20, 2025:

    A. Number of daily visits to SSA offices;
    B. Length of wait times to reach a representative via SSA's national 800 number;
    C. Length of wait times for a call back from SSA;
    D. Missed or delayed payments to beneficiaries; or
    E. Frequency of SSA website crashes and/or system outages.

I reviewed your request for a fee waiver and I have decided to waive the fee for item 1 of your request for any *final* decision memorandum. Records that are in draft are generally exempt from disclosure pursuant to the FOIA Exemption 5 that protects the deliberative process privilege.

I have decided not to waive or reduce the fee for the remaining portions of your request. We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.85 if we find that waiver is in the public interest. We make this determination if we find that disclosure of the information meets both tests below:

- it is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and
- it is not primarily in the requester's commercial interest.

Our regulation (20 C.F.R. § 402.85(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public, and
- whether the contribution to public understanding would be significant.

To be granted a fee waiver, "you must be reasonably specific in your waiver request as to the specific Government operation or activity and provide direct, clear (not remote or attenuated) connections to the meaningful information you seek." 20 C.F.R. § 402.85(b)(2)(iv). Further, as our regulation indicates, "[g]eneralized interest in government programs is not reasonably specific to grant waiver." *Id.* While we find that these factors are met regarding item 1 of your request, your fee waiver request fails to explain with reasonable specificity how the disclosure of the remaining information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee.

We are charging you fees for your request under section 1106(c) of the Social Security Act (Act) (42 U.S.C. § 1306(c)). Because we have invoked section 1106(c), the FOIA fee provisions in 5 U.S.C. § 552 are not applicable to your request. Section 1106(c) applies notwithstanding FOIA and provides that we charge the full cost for search and reproduction of records when the request is for a purpose not directly related to the administration of a program under the Act (20 C.F.R. § 402.80), *regardless* of the fee provisions in FOIA. We determined that your request is not directly related to the administration of the Act. Accordingly, we will charge you for the full cost to provide the requested information (42 U.S.C. § 1306(c); 20 C.F.R. § 402.80).

We will send further correspondence when we determine what fees, if any, apply to your request.

Please note that this response is limited to the determination on your fee waiver request; our office is still assessing your request as phrased and will provide subsequent correspondence on that determination.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 833-795-0132.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Thank you for your request.

Sincerely,

Jennifer Karangelen
Acting Freedom of Information Officer