# Exhibit AA

SOCIAL SECURITY

Refer to:
S9H: SSA-2022-007953

April 1, 2022

Ms. Tanya Douglas
Manhattan Legal Services
40 Worth Street, Ste. 606
New York, NY 10013
tdouglas@lsnyc.org

Dear Ms. Douglas:

This letter is in response to your March 25, 2022 request for a fee waiver and expedited processing of your Freedom of Information Act (FOIA) request for the Social Security Administration's (SSA) reentry and/or reopening plans. You state in your request that a "pre-decisional" document was released at the beginning of November 2021, and as of January 20, 2022, SSA has finalized the reentry plan, but has not publicized it. You also state that it has become clear that different SSA Regions are opening at different rates, and you want access to the plan that details the New York (NY) Region reentry/reopening. You further request access to the following records:

1. Plans to re-open the Social Security field offices (FO) in Manhattan, NY; Bronx, NY; Queens, NY; and Brooklyn, NY, to include:
   a. Initial operating hours for the above-mentioned Social Security FOs, including the days and hours the offices are open to the public and staffed;
   b. The timeline for when the above-mentioned Social Security FOs will fully reopen to the public; and
   c. The timeline for when the public can expect to visit the above-mentioned Social Security offices without appointments and/or when walk-in appointments will be provided.
2. Plans to re-open the Social Security hearings offices located in Manhattan, NY (26 Federal Plaza); Bronx, NY; Queens, NY; and Brooklyn, NY, to include:
   a. When the Manhattan Social Security hearings office will be open full time;
   b. What days and hours are the offices plan to be open and staffed; and
   c. The timeline for offering in-person hearings to claimants.
3. How many days and/or hours per week will administrative law judges (ALJ) be required to be in person at the hearings offices;
4. The timeline for the full return of ALJs to in-person hearings in Social Security hearings offices; and
5. Plans for continuing to provide remote hearings via telephone and/or online video hearings.

**Request for Expedited Processing**
We provide expedited processing in three instances only:

- when there is an imminent threat to the life or safety of a person;
- when the request is from the media, or others primarily engaged in disseminating information, and shows an urgency to inform the public about actual or alleged government activities; or
- when you can show, in detail and to our satisfaction, that a prompt response is needed because you may be denied a legal right, benefit, or remedy without the requested information, and that it cannot be obtained elsewhere in a reasonable amount of time.

We are denying your request for expedited processing since it does not fall into any of these categories. We will process your request normally.

**Request for a Fee Waiver**
I have reviewed your request for a fee waiver and I have determined not to waive or reduce the fee. Section 1106(c) of the Social Security Act (42 U.S.C. § 1306(c)) provides that we charge full cost for search and reproduction of records when the request is for a purpose not directly related to the administration of a program under the Social Security Act. Because you are requesting this information for another purpose, we can charge you.

We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.185(b) if we find that waiver is in the public interest. This law requires agencies to furnish documents for no fee or a reduced fee if:

- it is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and
- it is not primarily in the requester's commercial interest.

Our regulation (20 C.F.R. § 402.185(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public,
- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and
- whether the contribution to public understanding would be significant.

Your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee. We will send further correspondence when we determine what fees apply to your request.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965 1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal." Thank you for your request.

Sincerely,

Mary Ann Zimmerman

Mary Ann Zimmerman
Freedom of Information Officer