# Exhibit BB

SOCIAL SECURITY

Refer to:
S9H: SSA-2023-008899

May 19, 2023

Mr. Charles Bliss
Atlanta Legal Aid Society
54 Ellis Street, NE
Atlanta, GA 30303
crbliss@atlantalegalaid.org

Dear Mr. Bliss:

This letter is in response to your request for a fee waiver of your May 16, 2023 Freedom of Information Act (FOIA) request for records pertaining to the Social Security Administration (SSA) and the Georgia Department of Human Resources, regarding Supplemental Security Income (SSI) recipients who move from out of state to Georgia and experience long disruptions in Medicaid coverage in Georgia. You also requested the following:

1. the most recent contact information and location of SSA personnel that oversee Title XVI benefits at the SSA Regional Office IV (Atlanta RO) for Georgia;
2. documents showing the most current contact and location information for all SSA field offices in Georgia, including the most recent contact information for the SSI specialist/technical experts in each field office and their supervisors;
3. the most current SSA Data Exchange Agreement document between SSA and Georgia;
4. policy and procedures showing the process that the SSA Teleservice Center (TSC) uses to process the report of an SSI recipient's change in address or mailing address to Georgia to include documents explaining how the change of address is recorded by SSA for an SSI recipient moving to Georgia;
5. records and protocols on how changes of address are handled for Medicaid purposes when an SSI recipient moves to Georgia;
6. policy and procedures showing the process that the SSA uses to process the report of an SSI recipient's change in address or mailing address to Georgia for purposes of notifying Georgia to add that SSI recipient to the Medicaid program;
7. documents explaining how the change of address for an SSI recipient moving to Georgia is transmitted to a Georgia SSA field office;
8. documents showing the SSA field office protocol and policy when an SSI recipient who has moved to Georgia from out of state is unable to obtain Medicaid approval by Georgia and requests assistance from the SSA field office;
9. documents showing the SSA field office protocol or procedures to communicate with Georgia Medicaid to assist an SSI recipient who has moved to Georgia and is unable to obtain Medicaid approval by Georgia;
10. policy and procedure documents that prevent SSA TSC from filing the change of address and change of residence for Medicaid purposes simultaneously of an SSI recipient who moves from out of state to Georgia;

11. records showing the number of SSI recipients who moved to Georgia from out of state in 2021, 2022, and 2023 to present;
12. documents showing the number of SSI certification of disability forms that SSA has provided to SSI recipients who have moved to Georgia from out of state in 2021, 2022, and 2023;
13. documents showing the standard of promptness that the SSI specialist/technical expert (TE) must complete the residence eligibility for SSI recipients who have moved to Georgia once the change of address and residence has been received;
14. documents showing the standard of promptness that the TSC must report that change of address to the local SSA field office in Georgia; and
15. records showing communications between SSA and Georgia to correct the disruption of Medicaid for SSI recipients who have moved from out of state to Georgia in 2021, 2022, and 2023 to present.

I have reviewed your request for a fee waiver, and I have determined not to waive or reduce the fee. We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.185(b) if we find that waiver is in the public interest. We make this determination if we find that disclosure of the information meets both tests below:

- it is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and
- it is not primarily in the requester's commercial interest.

Our regulation (20 C.F.R. § 402.185(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public,
- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and
- whether the contribution to public understanding would be significant.

Your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee. We will send further correspondence when we determine what fees apply to your request.

If you have questions, or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College

Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Michelle L. Christ

Michelle L. Christ
Freedom of Information Officer