# Exhibit GG

SOCIAL SECURITY

Refer to:
S9H: SSA-2023-003343

January 19, 2023

Mr. Tony Molino
University of Rochester
93 Northledge Dr
Amherst, New York 14226
tmolino2@ur.rochester.edu

Dear Mr. Molino:

I am responding to your request for a fee waiver concerning your January 17, 2023 Freedom of Information Act (FOIA) request for all information given in comments made by federal legislators (members of the United States House of Representatives or the United States Senate) on proposed rules issued by SSA or SSA subsidiary agencies between 2003-2022. Specifically, you are seeking the following for each these comments:

- The text
- The date of when each comment was received
- The document number, docket number and RIN of all proposed rules for each comment
- Title information of the comment
- Author(s) of the comment
- Any other meta data available on the comment
- If the entire time frame is not possible, I will accept all available data within the available time frame.

You also stated that if it is too difficult to locate only legislator comments, you will accept the requested information on available comments on proposed rules within the specified time information. If this is the case, then you are requesting any information that will facilitate identification of comments made by federal legislators, including any fields which indicate that the commenter is a legislator or a member of government.

I reviewed your request for a fee waiver, and I have decided not to waive or reduce the fee. We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.185(b) if we find that waiver is in the public interest. We make this determination if we find that disclosure of the information meets both tests below:

- it is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and
- it is not primarily in the requester's commercial interest.

Our regulation (20 C.F.R. § 402.185(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public,
- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and
- whether the contribution to public understanding would be significant.

Your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee. We will send further correspondence when we determine what fees apply to your request.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of the Social Security Administration that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Michelle L. Christ

Michelle L. Christ
Acting Freedom of Information Officer