# Exhibit II

## FOIA Fee Waiver Disposition Reached for SSA-2023-005589

admin@foiaonline.gov <admin@foiaonline.gov>
Mon 3/27/2023 7:30 AM
To: Jessica Ranucci <JRanucci@nylag.org>

**IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender admin@foiaonline.gov**

Your request for Fee Waiver for the FOIA request SSA-2023-005589 has been denied. Additional details for this request are as follows:

- Request Created on: 03/06/2023
- Request Description: I am requesting a copy of POMS GN 02402.007. This document relates to SSA's policies regarding Direct Express cards.
- Fee Waiver Original Justification: I request a waiver of all fees for this request. The New York Legal Assistance Group (NYLAG) is a non-profit, public interest group, and we seek these records for non-commercial use. Disclosure of the requested information to the New York Legal Assistance Group is in the public interest because it is likely to contribute significantly to public understanding of the operations of the Social Security Administration, including provision of subsistence benefits. Specifically, the requested records will contribute significantly to public understanding of the Agency's treatment of funds disbursed on Direct Express cards. This is an identifiable operation or activity of the government that potentially affects millions of members of the the public at large.

  NYLAG has demonstrated expertise in the subject area of the FOIA request as well as the intention and demonstrated ability to disseminate the information to the public. NYLAG serves numerous low-income clients who rely on benefits provided through the Social Security Administration. NYLAG has expertise in public benefits law. We seek this information specifically to inform the public, including individual clients, advocates, and policymakers, about the procedures for benefits recipients using Direct Express cards. Because NYLAG is a nonprofit organization dedicated to free legal services to low-income New Yorkers, this request will serve no commercial interest. Should you deny this waiver request, I am willing to pay fees up to a maximum of $10.
- Fee Waiver Disposition Reason: Please see the fee waiver response notice to follow shortly.

  Please do not reply directly to this email correspondence. If you have an account with FOIAonline, you can correspond directly with us by logging into your account. If you need to correspond with us regarding your FOIA request but do not have an account with FOIAonline, please send your correspondence to FOIA.Public.Liaison@ssa.gov. The FOIA Public Liaison mailbox was created to assist the public with their FOIA requests, as well as to provide assistance to individuals requesting access to their own records under the Privacy Act. When you email this mailbox, we encourage you to limit the amount of personally identifiable information you provide in your email correspondence. While SSA operates within a secure network, we have no control of the data we receive while it is in transit to or from our FOIA Public Liaison mailbox. Please include your FOIA tracking number in your email.

  Sincerely,

The FOIA Team
Social Security Administration