# Exhibit PP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NEW YORK LEGAL ASSISTANCE GROUP,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**THE SOCIAL SECURITY ADMINISTRATION,**<br><br>**Defendant.** | **Civil Action No. 23 Civ. 9363** |

## DECLARATION OF COMMUNITY LEGAL SERVICES

1. My name is Jennifer Burdick. I am a Divisional Supervising Attorney of the Supplemental Security Income (SSI) Unit at Community Legal Services of Philadelphia (“CLS”).

2. CLS is a non-profit, public interest organization that provides free civil legal assistance to low-income Philadelphians and assists clients when they face the threat of losing their homes, incomes, health care, and even their families.

3. On March 2, 2023, CLS submitted a FOIA request to SSA seeking records pertaining to SSA’s contracting with a private organization to perform examinations by non-treating physicians on SSA beneficiaries. The request was assigned FOIA Request No. SSA-2023-005568. CLS sought a waiver of fees because disclosure of the requested information would be in the public interest and not for commercial use. On March 20, 2023, CLS received a letter from SSA’s Acting Freedom of Information Officer, Michelle L. Christ, denying CLS’s fee waiver request. On June 6, 2023 CLS appealed SSA’s fee waiver denial. On December 22, 2023, CLS received a letter from the SSA’s Executive Director for the Office of Privacy and Disclosure, Matthew D. Ramsey, denying CLS’s appeal. Attached as exhibits to this Declaration are true and correct copies of SSA’s fee waiver responses and SSA’s response to CLS’s appeal for FOIA Request No. SSA-2023-005568.

4. CLS also received a fee waiver denial in response to a FOIA request submitted on October 21, 2022 (FOIA No. SSA-2023-000457). A true and correct copy of that denial and the fee notice sent by SSA are attached to this Declaration.

5. My office intends to submit FOIA requests in the future, and would request a waiver of fees in connection with those requests.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my information and knowledge.

Jennifer Burdick
Divisional Supervising Attorney
Community Legal Services
1410 West Erie Avenue
Philadelphia, PA 19140

Executed on June 2, , 2026

SOCIAL SECURITY

Refer to:
S9H: SSA-2023-005568

March 20, 2023

Mr. Mark Maher
Community Legal Services
1410 W. Erie Avenue
Philadelphia, PA 19140
mmaher@clsphila.org

Dear Mr. Maher:

I am responding to your request for a fee waiver concerning your March 2, 2023 Freedom of Information Act (FOIA) request for the following:

1. A list of every state that does, or has, contracted with Industrial Medical Associates (IMA) to perform Consultative Examinations (CE).
2. A copy of each contract between IMA and any state that currently or previously contracts with IMA to perform CEs.
3. Any reports, studies, memoranda, reviews, or data detailing the Social Security Administration's (SSA) oversight of IMA's compliance with individual contracts or with SSA's rules regarding CEs.
4. Any reports, studies, memoranda, review, or data shared by IMA with SSA reflecting their internal compliance procedures
5. Any communication, or record thereof, in any form (including, but not limited to emails, letters, memoranda, recordings or summaries of telephonic or video calls, and/or meetings) discussing state contracts with IMA.

I reviewed your request for a fee waiver and I have decided not to waive or reduce the fee. We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.185(b) if we find that waiver is in the public interest. We make this determination if we find that disclosure of the information meets both tests below:

- it is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and
- it is not primarily in the requester's commercial interest.

Our regulation (20 C.F.R. § 402.185(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government

operations or activities not already known to the public,
- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and
- whether the contribution to public understanding would be significant.

Your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee. We will send further correspondence when we determine what fees apply to your request.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Michelle L. Christ

Michelle L. Christ
Acting Freedom of Information Officer