# Exhibit QQ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NEW YORK LEGAL ASSISTANCE GROUP,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**THE SOCIAL SECURITY ADMINISTRATION,**<br><br>**Defendant.** | **Civil Action No. 23 Civ. 9363** |

**DECLARATION OF SOUTHEAST LOUISIANA LEGAL SERVICES**

1. My name is Megan E. Snider. I am a managing attorney at Southeast Louisiana Legal Services ("SLLS").

2. SLLS is a non-profit, public interest organization that serves low-income Louisianans, including abused children, disaster survivors, domestic violence survivors, low-wage workers, seniors, veterans, and other vulnerable citizens.

3. On April 18, 2023, SLLS submitted a FOIA request to SSA seeking the number of Title II and Title XVI claims where Disability Determination Services (DDS) ordered examinations by non-treating physicians. The request was assigned FOIA Request No. SSA-2023-007479. SLLS sought a waiver of fees because disclosure of the requested information would be in the public interest and not for commercial use.

4. SLLS received a letter dated April 21, 2023 from SSA's Acting Freedom of Information Officer, Michelle L. Christ, denying SLLS's fee waiver request.

5. SLLS received a letter dated May 25, 2023 from SSA, wherein SSA assessed fees of $66, which SLLS paid.

6. Attached as exhibits to this Declaration are true and correct copies of SSA's fee waiver response and fee notice.

7. My office has a limited budget for information requests. SSA's denials of fee waiver requests have the effect of harming my office because they require us either to use our budget to fund requests where fees should be waived or withdraw our requests once filed.

8. My office intends to submit FOIA requests in the future and would request a waiver of fees in connection with those requests.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my information and knowledge.

Megan E. Snider
Managing Attorney
Veterans and Innovative Projects Unit
Southeast Louisiana Legal Services
1340 Poydras Street, Suite 600
New Orleans, LA 70112

Executed on June 9, 2026

SOCIAL SECURITY

Refer to:
S9H: SSA-2023-007479

April 21, 2023

Ms. Jennifer A. Webre
Southeast Louisiana Legal Services
1340 Poydras Street, Suite 600
New Orleans, LA 70112
jwebre@slls.org

Dear Ms. Webre:

I am responding to your request for a fee waiver concerning your April 18, 2023 Freedom of Information Act (FOIA) request for Title II and Title XVI statistics, i.e.:

- The number of Title II and Title XVI claims in which the claimant alleged a mental impairment, and the Disability Determination Services (DDS) ordered a consultative examination (CE) for a mental status exam in 2019. You asked that we include in our numbers any claims where a CE was ordered but the claimant did not attend;
- The total number of claims adjudicated in 2019 in which the claimant alleged a mental impairment;
- The number of Title II and Title XVI claims in which the claimant alleged a physical impairment and DDS ordered a CE for a general physical exam in 2019; and
- The total number of claims adjudicated in 2019 in which the claimant alleged a physical impairment. You asked that we include in our numbers any claims where a CE was ordered but the claimant did not attend.

I reviewed your request for a fee waiver, and I have decided not to waive or reduce the fee. We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.185(b) if we find that waiver is in the public interest. We make this determination if we find that disclosure of the information meets both tests below:

- it is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and
- it is not primarily in the requester's commercial interest.

Our regulation (20 C.F.R. § 402.185(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public,

- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and
- whether the contribution to public understanding would be significant.

Your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee. We will send further correspondence when we determine what fees apply to your request.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of the Social Security Administration that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Michelle L. Christ

Michelle L. Christ
Acting Freedom of Information Officer

SOCIAL SECURITY

Refer to:
S9H: SSA-2023-007479

May 25, 2023

Jennifer A. Webre
Southeast Louisiana Legal Services
1340 Poydras Street, Suite 600
New Orleans, LA 70112
jwebre@slls.org

Dear Jennifer Webre:

This letter is to notify you of the fees associated with your April 18, 2023 Freedom of Information Act (FOIA) request for Title II and Title XVI statistics, i.e.:

- The number of Title II and Title XVI claims in which the claimant alleged a mental impairment, and the Disability Determination Services (DDS) ordered a consultative examination (CE) for a mental status exam in 2019. You asked that we include in our numbers any claims where a CE was ordered but the claimant did not attend;
- The total number of claims adjudicated in 2019 in which the claimant alleged a mental impairment;
- The number of Title II and Title XVI claims in which the claimant alleged a physical impairment and DDS ordered a CE for a general physical exam in 2019; and
- The total number of claims adjudicated in 2019 in which the claimant alleged a physical impairment. You asked that we include in our numbers any claims where a CE was ordered but the claimant did not attend.

We are charging you fees for your request under section 1106(c) of the Social Security Act (Act) (42 U.S.C. § 1306(c)). Because we have invoked section 1106(c), the FOIA fee provisions in 5 U.S.C. § 552 are not applicable to your request. Section 1106(c) applies notwithstanding FOIA and provides that we charge the full cost for search and reproduction of records when the request is for a purpose not directly related to the administration of a program under the Act. (20 C.F.R. § 402.175(a)). We determined that your request is not directly related to the administration of the Act. Accordingly, we will charge you for the full cost to provide the requested information (42 U.S.C. § 1306(c); 20 C.F.R. § 402.175(a)).

When our employees search for records, we charge the following hourly rate depending on the grade of the employee:

- $16.00 (GS-1 through GS-8)
- $33.00 (GS-9 through GS-14)
- $59.00 (GS-15 and above)

We estimate the cost to provide this information is $66.00, which includes 2 hours of search and review time at $33.00 per hour. If there is a duplication fee, we will bill you. In addition, according to our regulations at 20 C.F.R. § 402.175(e), we may charge a fee for search time even if we are unable to locate any responsive records or the records are exempt from disclosure.

Please know that the agency does not have data available on the number of claims where a CE was ordered but the claimant did not attend.

If you want us to proceed with your request, **you must let us know**. You may also narrow the scope of your request or set a limit on the amount you are willing to spend. You may pay by check or money order made payable to the Social Security Administration (SSA) or by credit card (MasterCard, Visa, Discover, American Express, or Diner's Club). To pay by credit card, complete and sign the enclosed form. Be sure to include your credit card number and expiration date.

You may submit payment information by facsimile at 410-966-0869 or by mail to my attention at G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Please annotate the above reference number on your payment. **If we do not receive payment information within ten business days from the date of this letter, we will administratively close your request**. You will not receive a separate notification that we closed your request.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235 or electronically transmitted to FOIA.Public.Liaison@ssa.gov. You have 90 days from the date of our administrative closure to appeal our decision. Please note that if we do not receive payment within 10 business days, we will administratively close your request without sending you a separate notice. Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Michelle L. Christ
Freedom of Information Officer

Enclosure