# Exhibit RR

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NEW YORK LEGAL ASSISTANCE GROUP,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**THE SOCIAL SECURITY ADMINISTRATION,**<br><br>**Defendant.** | **Civil Action No. 23 Civ. 9363** |

**DECLARATION OF JUSTICE IN AGING**

1. My name is Kathryn Lang. I am a Director of Federal Income Security at Justice in Aging ("JIA").

2. JIA is a non-profit, public interest organization that primarily serves low-income older adults, particularly adults of color; women; LGBTQ+ older adults; and others who face systemic discrimination. Between 2014 and 2020, JIA submitted approximately 12 FOIA requests with fee waivers; every single FOIA fee waiver request was denied.

3. After those denials, JIA did not consistently seek fee waivers in its FOIA requests to SSA. JIA has been forced to pay fees which should have been waived in order to fulfill its core mission of serving older adults with low incomes, including those who rely on Social Security, SSI, or SSDI benefits.

4. For example, on January 26, 2022, JIA submitted a FOIA request to SSA seeking POMS section GN 00303.300. The request was assigned FOIA Request No. SSA-2022-004871. JIA paid nearly $200 in connection with its request for POMS section GN 00303.300.

5. Attached as an exhibit to this Declaration is a true and correct copy of SSA's fee notice for that request.

6. My office intends to submit FOIA requests to SSA in the future, and, if SSA no longer followed a practice of denying virtually all fee waiver requests, we would request a waiver of fees in connection with those requests.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my information and knowledge.

Kathryn Lang
Director, Federal Income Security
Justice in Aging
1444 Eye Street NW, Suite 1100
Washington, DC 20005

Executed on June 1, 2026

SOCIAL SECURITY

Refer to:
S9H: SSA-2022-004871

February 8, 2022

Ms. Kathryn Lang
Justice in Aging
1444 Eye Street Northwest, Suite 1100
Washington, D.C. 20005
klang@justiceinaging.com

Dear Ms. Lang:

This letter is to notify you of the fees associated with your January 26, 2022 Freedom of Information Act (FOIA) request for a copy of Program Operations Manual System GN 00303.300.

We are charging you fees for your request under section 1106(c) of the Social Security Act (Act) (42 U.S.C. § 1306(c)). Because we have invoked section 1106(c), the FOIA fee provisions in 5 U.S.C. § 552 are not applicable to your request. Section 1106(c) applies notwithstanding FOIA and provides that we charge the full cost for search and reproduction of records when the request is for a purpose not directly related to the administration of a program under the Act. (20 C.F.R. § 402.175(a)). We determined that your request is not directly related to the administration of the Act. Accordingly, we will charge you for the full cost to provide the requested information (42 U.S.C. § 1306(c); 20 C.F.R. § 402.175(a)).

When our employees search for records, we charge the following hourly rate depending on the grade of the employee:

- $16.00 (GS-1 through GS-8)
- $33.00 (GS-9 through GS-14)
- $59.00 (GS-15 and above)

We estimate the cost to provide this information is $194.50, which includes 5 hours of search and review time at $33.00 per hour and .5 hours of review time at $59.00 per hour. If there is a duplication fee, we will bill you. In addition, according to our regulations at 20 C.F.R. § 402.175(e), we may charge a fee for search time even if we are unable to locate any responsive records or the records are exempt from disclosure.

If you want us to proceed with your request, **you must let us know**. You may also narrow the scope of your request or set a limit on the amount you are willing to spend. You may pay by check or money order made payable to the Social Security Administration (SSA) or by credit card (MasterCard, Visa, Discover, American Express, or Diner's Club). To pay by credit card,

complete and sign the enclosed form. Be sure to include your credit card number and expiration date.

You may submit payment information by facsimile at 410-966-0869 or by mail to my attention at G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Please annotate the above reference number on your payment. **If we do not receive payment information within ten business days from the date of this letter, we will administratively close your request**. You will not receive a separate notification that we closed your request.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235 or electronically transmitted to FOIA.Public.Liaison@ssa.gov. You have 90 days from the date of our administrative closure to appeal our decision. Please note that if we do not receive payment within 10 business days, we will administratively close your request without sending you a separate notice. Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Mary Ann Zimmerman

Mary Ann Zimmerman
Freedom of Information Officer

Enclosure