# Exhibit WW

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NEW YORK LEGAL ASSISTANCE GROUP,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**THE SOCIAL SECURITY ADMINISTRATION,**<br><br>**Defendant.** | **Civil Action No. 23 Civ. 9363** |

**DECLARATION OF ANNE JOSEPH O'CONNELL**

1. My name is Anne Joseph O'Connell. I am the Adelbert H. Sweet Professor of Law at Stanford University, where I teach Administrative Law and Constitutional Law, among other classes.

2. Attached as an exhibit to this Declaration are true and correct copies of responses to Freedom of Information Act fee waiver requests I or my research assistants received from the Social Security Administration ("SSA").

3. I have a limited budget for my research expenses. No other agency I have submitted a FOIA request to has denied me an educational fee waiver other than the SSA. SSA has denied me a waiver on several occasions.

4. Although I contested at least one denial with the SSA staff member who informed me that my waiver was denied, I did not formally appeal the denial. I did provide my personal credit card information to SSA to receive agency records.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my information and knowledge.

Anne Joseph O'Connell

____________________

ANNE JOSEPH O'CONNELL
Adelbert H. Sweet Professor of Law
Stanford Law School

Executed on June 11, 2026

SOCIAL SECURITY

Refer to:
S9H: SSA-2023-009533

June 8, 2023

Kevin Wang
Stanford Law School
895 Campus Drive
Stanford, CA 94305
kwang26@stanford.edu

Dear Kevin Wang:

This letter is in response to your request for a fee waiver of your June 3, 2023 Freedom of Information Act (FOIA) request for the Government Accountability Office Vacancies Reporting Form for the Social Security Administration's (SSA) Commissioner Nancy Berryhill, who served from January 21, 2017 to June 16, 2019, which SSA submitted to the GAO.

I have reviewed your request for a fee waiver, and I have determined not to waive or reduce the fee. We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.185(b) if we find that waiver is in the public interest. We make this determination if we find that disclosure of the information meets both tests below:

- it is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and
- it is not primarily in the requester's commercial interest.

Our regulation (20 C.F.R. § 402.185(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public,
- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and
- whether the contribution to public understanding would be significant.

Your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee. We will send further correspondence when we determine what fees apply to your request.

If you have questions, or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Michelle L. Christ

Michelle L. Christ
Freedom of Information Officer

SOCIAL SECURITY

Refer to:
S9H: SSA-2023-001531

November 21, 2022

Anne Joseph O'Connell
Tess Bissell
Stanford Law School
63 Abrams Ct.
Apt. 200
Stanford, CA 94305
tbissell@stanford.edu

Dear Anne Joseph O'Connell:

I am responding to your request for a fee waiver regarding your November 17, 2022 Freedom of Information Act (FOIA) request to the Social Security Administration (SSA) for records demonstrating that Nancy Berryhill served as Acting Commissioner from January 21, 2017 to June 16, 2019 pursuant to:

- SSA's statutory succession provision(s);
  *-Or-*
- The Federal Vacancies Reform Act of 1998.

I reviewed your request for a fee waiver and I have decided not to waive or reduce the fee. We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.185(b) if we find that waiver is in the public interest. We make this determination if we find that disclosure of the information meets both tests below:

- it is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and
- it is not primarily in the requester's commercial interest.

Our regulation (20 C.F.R. § 402.185(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include:

- how the records pertain to the Federal government's operations or activities,
- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public,
- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and
- whether the contribution to public understanding would be significant.

While in your fee waiver request you state "this request meets all four criteria to merit a public interest fee waiver," your request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that

release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee. We will send further correspondence when we determine what fees apply to your request.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Thank you for your request.

Sincerely,

Michelle Christ
Acting Freedom of Information Officer