# Exhibit YY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NEW YORK LEGAL ASSISTANCE GROUP,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**THE SOCIAL SECURITY ADMINISTRATION,**<br><br>**Defendant.** | **Civil Action No. 23 Civ. 9363** |

**DECLARATION OF DANIEL A. ZIBEL**

1. My name is Daniel A. Zibel. I am a co-founder of the National Student Legal Defense Network ("Student Defense") and serve as its Vice President and Chief Counsel. In that capacity, I have oversight responsibilities regarding requests that Student Defense submits to federal agencies under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Based upon my review of records kept in the ordinary course of business and my own personal knowledge, I could testify competently to the following.

2. On November 18, 2021, Student Defense submitted a FOIA request to the Social Security Administration ("SSA") which, *inter alia*, requested a waiver of fees associated with that request. On November 24, 2021, Student Defense received from SSA a letter regarding that fee waiver request.

3. Attached as an exhibit to this Declaration is a true and correct copy of SSA's November 24, 2021 response.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my information and knowledge.

_/s/Daniel A. Zibel_____
Daniel A. Zibel
VP & Chief Counsel
National Student Legal Defense Network

Executed on June 8, 2026

SOCIAL SECURITY

Refer to:
S9H: SSA-2022- 002050

November 24, 2021

Ms. Isabel Tessier
National Student Legal Defense Network
1015 15th Street NW, Suite 600
Washington, DC 20005
isabel@defendstudents.org

Dear Ms. Tessier:

I am responding to your request for a fee waiver concerning your November 18, 2021 Freedom of Information Act (FOIA) request for

1. A copy of every communication to and from the Department of Education (ED) or any other federal agency relating to the calculation of debt-to-earnings rates, including any communication to or from ED requesting data or information to be used in order to calculate debt-to-earnings rates.
2. Any communication between ED and Social Security Administration (SSA) related to Agreement No. 10012 or requesting or providing information pursuant to Agreement No. 10012
3. Any communication between ED and SSA related to information or data pertaining to the Gainful Employment Rule; *and*
4. Any emails or other documents relating to the expiration of Agreement No. 10012.

Your request is limited to communications after January 1, 2017.

I reviewed your request for a fee waiver and I have decided not to waive or reduce the fee.

We may waive or reduce the fee under our regulation at 20 C.F.R. § 402.185(b) if we find that waiver is in the public interest. We make this determination if we find that disclosure of the information meets both tests below:

- it is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and
- it is not primarily in the requester's commercial interest.

Our regulation (20 C.F.R. § 402.185(b)) lists factors we consider in analyzing whether disclosure is in the public interest. These factors include:

- how the records pertain to the Federal government's operations or activities,

- whether disclosure would reveal any meaningful information about government operations or activities not already known to the public,
- whether the disclosure will advance the general public's understanding as distinguished from a narrow segment of interested persons, and
- whether the contribution to public understanding would be significant.

Your fee waiver request fails to explain with reasonable specificity how the disclosure of the information you requested will meet the above factors, and I have not otherwise found that release of the records requested would meet the abovementioned factors. Accordingly, applying the standards listed above, I cannot waive the fee. We will send further correspondence when we determine what fees apply to your request.

If you have questions, or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of the Social Security Administration that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Mary Ann Zimmerman
Freedom of Information Officer