

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 20, 2026

**BY ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:  *New York Legal Assistance Group v. Social Security Administration,* No. 23 Civ. 9363 (ALC)

Dear Judge Wang:

This Office represents defendant Social Security Administration ("SSA") in this action brought by plaintiff New York Legal Assistance Group ("NYLAG") pursuant to the Freedom of Information Act and the Administrative Procedure Act.  I write to respectfully request a 30-day extension of SSA's deadline to file its motion for summary judgment and oppose NYLAG's motion for summary judgment, from July 24, 2026, to August 24, 2026. This is SSA's first request for an extension of its deadline to file its motion for summary judgment and opposition to NYLAG's motion.  NYLAG consents to this request.

As background, on June 4, 2026, the Court entered a briefing schedule directing NYLAG to file its motion for summary judgment by June 15, 2026; SSA to file its motion for summary judgment and opposition to NYLAG's motion by July 24, 2026; NYLAG's opposition to SSA's summary judgment motion and reply in further support of its motion by August 17, 2026; and SSA's reply in further support of its motion by September 7, 2026.  ECF No. 90.

NYLAG filed its motion for summary judgment on June 15, 2026.  ECF Nos. 91-95, 100. SSA respectfully requests an additional 30 days, or until August 24, 2026, to file its motion for summary judgment and opposition to NYLAG's motion.  The reason for the requested extension is that SSA needs more time to compile its response to NYLAG's motion.  In connection with its motion, NYLAG filed: (i) a 50-page brief; (ii) a Rule 56.1 Statement with 240 paragraphs; and (iii) two declarations, one of which attaches 51 exhibits.  Accordingly, an additional 30 days will provide the SSA with sufficient time to prepare a thorough and comprehensive response to NYLAG's motion.

If the Court grants this request, the parties respectfully request that the remainder of the briefing schedule be modified as follows: NYLAG's opposition to SSA's summary judgment motion and reply in support of its own motion will be filed on or before September 30, 2026; and SSA's reply in support of its motion will be filed on or before October 28, 2026.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/ Tara Schwartz
       TARA SCHWARTZ
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (212) 637-2633
       Email: tara.schwartz@usdoj.gov

       *Counsel for SSA*

cc: Counsel for Plaintiff (via ECF)

2