UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP,<br>Plaintiff,<br>-v-<br>THE SOCIAL SECURITY ADMINISTRATION,<br>Defendant. | No. 23 Civ. 9363 (ALC) (OTW) |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; the Declaration of Jennifer Karangelen, dated August 27, 2026; and the Declaration of Tara Schwartz, dated August 27, 2026, and all exhibits attached thereto, defendant the Social Security Administration (the "SSA"), by its attorney, James M. McDonald, United States Attorney for the Southern District of New York, hereby moves this Court pursuant to Federal Rule of Civil Procedure 56 for an order granting summary judgment for the SSA on Counts One, Two, and Three of the amended complaint, ECF No. 22.

PLEASE TAKE FURTHER NOTICE that, pursuant to a prior Order of the Court (ECF No. 105), Plaintiff's opposition to the SSA's motion for summary judgment and its reply in support of its summary judgment motion shall be served on or before October 9, 2026; and the SSA's reply in further support of its motion for summary judgment shall be served on or before November 6, 2026.

Dated: August 27, 2026
New York, New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Tara Schwartz*
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2633
E-mail: tara.schwartz@usdoj.gov