**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP,<br><br>Plaintiff,<br><br>- against -<br><br>THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | No. 23 Civ. 9363 (ALC) (OTW) |

**DECLARATION OF TARA SCHWARTZ**

I, Tara Schwartz, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney in the office of James M. McDonald, United States Attorney for the Southern District of New York. I am assigned to represent defendant the Social Security Administration (the "SSA") in this action, and I am fully familiar with the facts and circumstances set forth herein. I make this declaration in support of the SSA's motion for summary judgment.

2. The Department of Justice Office of Information Policy website contains the annual Freedom of Information Act ("FOIA") reports that federal agencies submit to the Attorney General each year. *See* https://www.justice.gov/oip/reports-1#s1. As stated under the heading, "Annual FOIA Reports" on the website, "[t]hese reports contain statistics reporting the numbers of requests received and processed by each agency, the time taken to respond, and the outcome of each request, as well as many other vital statistics regarding the administration of the FOIA at federal departments and agencies."

3. True and correct copies of the annual FOIA reports for the Securities and Exchange Commission for fiscal years 2022, 2023, 2024, and 2025 are attached hereto as

Exhibits 1, 2, 3, and 4, respectively.

4. True and correct copies of the annual FOIA report for the Federal Labor Relations Authority for fiscal years 2022 and 2023 are attached hereto as Exhibits 5 and 6, respectively.

5. True and correct copies of the annual FOIA report for the General Services Administration for fiscal years 2022 and 2023 are attached hereto as Exhibits 7 and 8, respectively.

6. True and correct copies of the annual FOIA reports for the National Labor Relations Board for fiscal years 2024 and 2025 are attached hereto as Exhibits 9 and 10, respectively.

7. True and correct copies of the annual FOIA reports for the National Aeronautics and Space Administration for fiscal years 2022, 2024, and 2025 are attached hereto as Exhibits 11, 12, and 13, respectively.

8. True and correct copies of the annual FOIA reports for the Surface Transportation Board for fiscal years 2023 and 2025 are attached hereto as Exhibits 14 and 15, respectively.

9. A true and correct copy of the annual FOIA report for the Federal Trade Commission for fiscal year 2024 is attached hereto as Exhibit 16.

10. A true and correct copy of the annual FOIA report for the Pension Benefit Guaranty Corporation for fiscal year 2021 is attached hereto as Exhibit 17.

11. A true and correct copy of the annual FOIA report for the Department of Justice for fiscal year 2021 is attached hereto as Exhibit 18.

12. A true and correct copy of the annual FOIA report for the Department of

Treasury for fiscal year 2025 is attached hereto as Exhibit 19.

13. On October 25, 2022, the SSA issued a determination on an appeal from a fee waiver denial in connection with FOIA SSA-2022-002050, submitted by the National Student League Defense Network. A true and correct copy of that fee waiver determination letter, which was produced to Plaintiff in discovery with bates-stamp SSA000331-333, is attached hereto as Exhibit 20.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 27, 2026
New York, New York

TARA SCHWARTZ
Assistant United States Attorney