NYLAG
New York Legal Assistance Group

August 16, 2026

Hon. Ona T. Wang
Magistrate Judge
500 Pearl St.
New York, NY 10007

**Re: *New York Legal Assistance Group v. Social Security Administration*, No. 23 Civ. 9363**

Dear Judge Wang:

Plaintiff, the New York Legal Assistance Group, and Defendant, the Social Security Administration, write jointly pursuant to Federal Rule of Procedure 6(b), to request an additional extension of time by which Plaintiff would be required to submit an application for attorney's fees associated with the Stipulation of Settlement as to proactive disclosures.

As this Court is aware, this case involves two categories of "programmatic" disputes: claims regarding SSA's proactive disclosure requirements under the Freedom of Information Act ("Proactive Disclosure Claim") and claims regarding SSA's policies and practices of granting or denying fee waivers under the Act ("Fee Waiver Claim"). The Parties submitted a Stipulation of Settlement fully resolving the Proactive Disclosure Claims and the Court ordered that Stipulation on September 22, 2025 (Dkt. No. 72). The Stipulation reserved Plaintiff's right to file for fees and costs incurred in connection with the Proactive Disclosure Claim. *Id.* § V. The current deadline for Plaintiff to submit that request for fees is September 17, 2026. Dkt. No. 106.

The Parties have now reached an agreement in principle as to the Proactive Disclosure Claim fees and are finalizing a stipulation, which they expect to file soon. To allow the time to do so, the Parties jointly request that the Court hold in abeyance the deadline for Plaintiff's request for attorney's fees for an additional 60 days, to November 16, 2026. This is the Parties' fifth request for an extension, but now that the issue has resolved consensually, we are confident it will be the last.

This request would not affect any other deadlines in this case.

Respectfully submitted,

/s/ Danielle Tarantolo
Danielle Tarantolo
Kate Fetrow
Shannon Lee *(admission pending)*
New York Legal Assistance Group
*Counsel for Plaintiff*